IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILLCREEK TOWNSHIP SCHOOL DISTRICT,<br><br>    *Plaintiff*<br><br>v.<br><br>CORNERSTONE TECHNOLOGIES, INC. and BRUCE MANSSUER,<br><br>    *Defendants* | Docket No. 1:25-cv-125<br><br>Judge Susan Paradise Baxter<br><br><u>**REQUEST FOR DEFAULT JUDGMENT**</u><br><br><u>Electronically filed on behalf of:</u><br>Plaintiff, Millcreek Township School District<br><br><u>Counsel of record for this party:</u><br>**KNOX MCLAUGHLIN GORNALL & SENNETT, P.C.**<br>Philip J. Seaver-Hall, Esq. (PA 330299)<br>120 West Tenth Street<br>Erie, Pennsylvania 16501<br>Telephone: (814) 923-4892<br>Facsimile: (814) 453-4530<br>Email: pseaver-hall@kmgslaw.com |

<u>**REQUEST FOR DEFAULT JUDGMENT**</u>

**TO THE CLERK OF THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA:**

    In accordance with the affidavit attached below, please enter judgment by default against the Defendants, Cornerstone Technologies, Inc. and Bruce Manssuer, in the above-captioned matter for $75,750.00, plus costs of suit.

    Respectfully submitted,

    KNOX MCLAUGHLIN GORNALL & SENNETT, P.C.

    BY: */s/ Philip J. Seaver-Hall, Esq.*
        Philip J. Seaver-Hall, Esq. (PA 330299)
        120 West Tenth Street
        Erie, Pennsylvania 16501-1461
        Telephone: (814) 923-4892
        Facsimile: (814) 453-4530
        Email: pseaver-hall@kmgslaw.com
        *Counsel for Plaintiff,*
        *Millcreek Township School District*



CLERK'S ENTRY OF DEFAULT / DEFAULT JUDGMENT

Date: 6/27/2025

*Tiffanie Anderson*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena